Case Number: 17-002641-CI

Filing # 55787879 E-Filed 05/01/2017 12:32:03 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MARY ROTANELLI,

    **Plaintiff,**

vs.                                                  Case No.:

PINELLAS PARK LLC,

    **Defendant.**

_____/

## COMPLAINT

COMES NOW, the Plaintiff, MARY ROTANELLI, by and through her undersigned attorney, and sues Defendant, PINELLAS PARK LLC and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages which exceeds Fifteen Thousand ($15,000.00) Dollars, exclusive of costs and interest.

2. At all material times herein, Plaintiff, MARY ROTANELLI was a resident of Pinellas Park, Pinellas County, Florida.

3. At all material times hereto, Defendant, PINELLAS PARK LLC owns, maintains, controls and/or operates a business property/shopping plaza in Pinellas County, Florida, located at 5251 110th Avenue North, Pinellas Park, Florida known as Pinellas Park Square.

4. This Court has jurisdiction over the subject matter herein and the parties hereto. Venue is proper in Pinellas County as the cause of action arose in Pinellas County.

### COUNT I

5. Plaintiff, MARY ROTANELLI, re-alleges and adopts paragraphs one (1) through four (4) as if set out in full herein.

6. On or about March 28, 2016, the Plaintiff, MARY ROTANELLI, was a business invitee of the Defendant as she was going to the Kozy Korner Restaurant located in the subject plaza.

7. At said time and place, while Plaintiff was walking in the parking lot towards the Kozy Korner Restaurant, Plaintiff tripped over a parking curb causing Plaintiff to suffer significant injuries.

8. The Defendant owed a duty to the Plaintiff to maintain its premises in a reasonably safe condition.

9. The aforementioned incident occurred due to the negligence of the Defendant in the following non-inclusive respects:

   A. By failing to keep the parking lot properly illuminated when the Defendant knew or should have known improper illumination of the parking areas would be dangerous to guests;

   B. By failing to inspect light fixtures in the parking lot for malfunctions and/or outages when Defendant knew or should have known that malfunctioning and/or not working light fixtures would be dangerous to guests;

   C. By failing to warn guests, including the Plaintiff, of any dangers when using the parking lot at the subject premises; and

   D. By failing to use due care in providing a reasonably safe environment for its guests.

7. As a direct and proximate result of the aforesaid incident, the Plaintiff, MARY ROTANELLI, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MARY ROTANELLI, demands judgment against the Defendant, PINELLAS PARK LLC, in an amount in excess of Fifteen Thousand ($15,000.00) dollars and demands a jury trial on all issues so triable.

Dated this 1st day of May, 2017 in St. Petersburg, Pinellas County, Florida.

/s/ Jeffrey K. Chambers
Jeffrey K. Chambers, Esquire
FBN: 0879258
CHAMBERS LAW GROUP, P.A.
520 4th Street North
St. Petersburg, FL 33701
(727) 896-2167 / Fax: (727) 822-8981
Primary email:
jeffchambers@chamberslawgrp.com
Secondary email:
nangelone@chamberslawgrp.com
Attorney for Plaintiff